UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD, | No. 2: 20-cv-0069 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| KOURTNEE AMARAL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.[1]  (ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

---

[1] At plaintiff's request, the court considers the objections plaintiff filed regarding the vacated findings and recommendations. (See ECF Nos. 13, 14.)

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2020 are adopted in full;

2. The six claims raised in the original complaint are dismissed; and

3. Plaintiff's motion for a temporary restraining order (ECF No. 6) is denied.

Dated:  August 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/muha0069.804(2)

2