1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANSAR EL MUHAMMAD,                    No.  2:20-cv-00069-KJM-CKD P

12            Plaintiff,

13        v.                               ORDER AND

14   KOURTNEE AMARAL, et al.,              FINDINGS AND RECOMMENDATIONS

15            Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this federal civil

18   rights action filed pursuant to 42 U.S.C. § 1983.  On November 16, 2020, the previously assigned

19   magistrate judge issued Findings and Recommendations that this case be dismissed without

20   prejudice as duplicative of Muhammad v. Orr, Case No. 2:19-cv-1289-KJM-CKD (E.D. Cal.).[1]

21   Before those Findings and Recommendations could be reviewed by the district court judge, this

22   case was reassigned after it was determined that it involved "similar questions of fact and the

23   same question of law" as the Orr case.  ECF No. 35 at 1 (citing Local Rule 123(a)(3)).  Due to

24   this reassignment, it is necessary to vacate the previously issued Findings and Recommendations.

25        This case is proceeding on plaintiff's amended complaint filed on August 10, 2020

26   alleging that defendant Amaral violated his Eighth Amendment right to adequate medical care by

27

28   [1] Hereinafter referred to as the "Orr case."

                                    1

1   failing to treat his broken hand in August 2018 while plaintiff was an inmate at Mule Creek State

2   Prison.  ECF No. 15.  Plaintiff raised these same allegations against defendant Amaral in the Orr

3   case.  See ECF No. 16 in Muhammad v. Orr, Case No. 2:19-cv-1289-KJM-CKD (screening

4   order).  Because the Orr case was filed first, it appears to the court that the complaint in this civil

5   action is entirely duplicative and should therefore be dismissed without prejudice.

6          In accordance with the above, IT IS HEREBY ORDERED that:

7          1.   The Findings and Recommendations issued on November 16, 2020 (ECF No. 34) are

8              hereby vacated.

9          2.   The December 14, 2020 minute order scheduling a settlement conference in this case

10             (ECF No. 36) is also vacated as premature.

11         IT IS FURTHER RECOMMENDED that this matter be dismissed without prejudice as

12   duplicative.  See Fed. R. Civ. P. 41(b).

13         These findings and recommendations are submitted to the United States District Judge

14   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

15   after being served with these findings and recommendations, any party may file written

16   objections with the court and serve a copy on all parties.  Such a document should be captioned

17   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

18   objections shall be served and filed within fourteen days after service of the objections.  The

19   parties are advised that failure to file objections within the specified time may waive the right to

20   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21   Dated:  December 21, 2020

22                                        _____
                                         CAROLYN K. DELANEY
23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26   12/muha0069.F&R.duplicative.docx

27

28